**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 2, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00448-CV

---

**STEPHEN JAMES, Appellant**

**V.**

**DISCOVER BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1119577**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 15, 2019. On June 24, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer.